# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00018-JCM-GWF |
| vs. ) | **ORDER** |
| EDITH GILLESPIE, ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant Edith Gillespie's Application for Subpoena Duces Tecum to Nevada Attorney General to be Issued Pursuant to Federal Criminal Rules of Procedure 17(c) (#376), filed October 20, 2014.  The Government filed a Non-Opposition (#401) to this Application on November 6, 2014.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Edith Gillespie's Application for Subpoena Duces Tecum (#376) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the subpoena in form with the subpoena attached to Defendant's motion (#376-2), and deliver the same to the U.S. Marshals for service.

DATED this 7th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge