# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Edith Gillespie

        JUDGMENT IN A CIVIL CASE

    Petitioner,

v.           Case Number: 2:18-cv-00801-JCM

United States of America     (Criminal Case Number: 2:13-cr-00018-JCM-GWF )

    Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

02/05/2019                 DEBRA K. KEMPI
Date                      Clerk

                             /s/ A. Reyes
                             Deputy Clerk